MICHAEL STEPANIAN (CSBN 037712)
Attorney at Law
819 Eddy Street
San Francisco, CA 94109
Telephone:  (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant
RAMON MONTOYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

RAMON MONTOYA,

                Defendant.

_____/

Case No. CR 18-00466 BLF

**STIPULATION AND
[PROPOSED] ORDER TO
CONTINUE SENTENCING
HEARING DATE**

Defendant Ramon Montoya, by and through his counsel of record Michael Stepanian, and Assistant United States Attorney Claudia Quiroz, hereby request that the Sentencing Hearing presently set for Tuesday, August 4, 2020 be vacated and the matter be set on Tuesday, October 27, 2020.  This request is made in light of the global pandemic and for continuing preparation.

U.S. Probation Officer Kyle Pollak has been advised of this request and has no objection.

///

///

IT IS SO STIPULATED.

Dated:  August 3, 2020                    /s/  Michael Stepanian
                                         MICHAEL STEPANIAN
                                         Attorney for Defendant
                                         RAMON MONTOYA


Dated:  August 3, 2020                    DAVID L. ANDERSON
                                         United States Attorney


                                         /s/  Claudi Quiroz
                                         CLAUDIA QUIROZ
                                         Assistant United Attorney


                              [PROPOSED] ORDER

        IT IS HEREBY ORDERED that the Sentencing hearing currently scheduled for August

4, 2020 be vacated and that matter will be set on October 27, 2020.


        Dated:   August 3, 2020

                                         HON. BETH LABSON FREEMAN
                                         United States District Judge