**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON MONTOYA,<br><br>    Defendant. | Case No. 18-cr-00466-BLF-4<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR TRANSFER OF SUPERVISION FROM CALIFORNIA TO OREGON WITHOUT PREJUDICE**<br><br>[Re: ECF 985] |

Defendant has filed a letter request for transfer of supervision from the Northern District of California to the District of Oregon. *See* Def.'s Letter Request, ECF 985. The Court has been advised that the District of Oregon will investigate Defendant's request and proposed release plan. Accordingly, Defendant's request for transfer of supervision is DENIED at this time without prejudice to investigation of the request by the District of Oregon.

**IT IS SO ORDERED.**

Dated: June 13, 2025

_____
BETH LABSON FREEMAN
United States District Judge